ANN CARFORA et al., Respondents, v. AVELLINO VOMMARO, Appellant.—

 Concur
— Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.